THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES N. SPANG et al., as Executors of PETER SPANG, Deceased, Appellants, *v.* WILLIAM J. CAREY, as Special Deputy Commissioner of Excise for the County of Monroe, et al., Respondents.

*People ex rel. Spang* v. *Carey*, 167 App. Div. 949, affirmed.
(Argued January 10, 1916; decided January 25, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1915, which reversed an order of Special Term directing the defendant to issue a liquor tax certificate to the relator's testator. The question at issue was whether the deputy commissioner of excise properly allowed the abandonment of premises for which a liquor tax certificate had been issued and the transfer of the certificate to other premises.

*Thomas H. Ward* for appellants.

*Louis M. King* and *A. M. Sperry* for respondents.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ. Not voting: WILLARD BARTLETT, Ch. J.